BASIN, INC., Plaintiff-Appellee,

v.

FEDERAL ENERGY ADMINISTRATION
et al., Defendants-Appellees,

Independent Refiners Association of
America, Applicant for Intervention
in the District Court, Appellant.

No. 5–22.

Temporary Emergency Court of Appeals.

March 7, 1977.

Before INGRAHAM, VAN OOSTER-
HOUT and JOHNSON, Judges.

ORDER

For the reasons stated in this Court's opinion entered in *Basin, Inc. v. Federal Energy Administration et al.,* Em.App.1977, 552 F.2d 931, it is ORDERED that the issues presented in this case be and are hereby declared MOOT.